FORM 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INTERNATIONAL GREENHOUSE PRODUCE, S.A. DE C.V.,<br><br>                 **Plaintiff,**<br><br>v.<br><br>UNITED STATES,<br><br>                **Defendant.** | **SUMMONS**<br><br>Court No. 23-00093 |

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff is International Greenhouse Produce, S.A. de C.V., a foreign producer and exporter of fresh tomatoes from Mexico. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party that participated in the U.S. Department of Commerce's second administrative review of the 2019 Agreement Suspending the Antidumping Investigation on Fresh Tomatoes from Mexico. Plaintiff therefore has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiff contests aspects of the U.S. Department of Commerce's final results in the second administrative review of the 2019 Agreement Suspending the Antidumping Investigation on Fresh Tomatoes from Mexico.

3. The U.S. Department of Commerce issued the subject final results on March 7, 2023.

4. The U.S. Department of Commerce published notice of the final results in the *Federal Register* on March 13, 2023. *See* 88 Fed. Reg. 15,375 (Dep't of Commerce Mar. 13, 2023).

/s/ Yujin K. McNamara
Signature of Plaintiff's Attorney

Yujin K. McNamara
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202-887-4347
ymcnamara@akingump.com

<u>May 8, 2023</u>
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Robert Heilferty, Esq.
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Avenue, NW
Room 3622
Washington DC 20230

<u>On behalf of The Florida Tomato Exchange and its members: Ag-Mart Produce, Inc. dba Santa Sweets, Inc., Classie Produce, DiMare Homestead, Inc., DiMare Ruskin, Inc., Gargiulo, Inc., Kern Carpenter Farms, Lipman Family Farms, Mecca Family Farms, Inc., Michael Borek Farms, Pacific Tomato Growers, Ltd., Taylor & Fulton Packing, LLC, Tomatoes of Ruskin, Inc., TomPak, LLC, West Coast Tomato, LLC</u>:
Robert Charles Cassidy, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006