UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **International Greenhouse Produce, S.A. de C.V.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br><br> and <br><br> **The Florida Tomato Exchange,** <br><br> Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 23-00093 |

## ORDER

Upon consideration of the Parties' Joint Status Report and Proposed Order, ECF No. 20, and all other papers and proceedings in the above-captioned case, it is hereby

**ORDERED** that this case is stayed pending the Department of Commerce's ("Commerce") decision on Defendant-Intervenor The Florida Tomato Exchanges' request to terminate Fresh Tomatoes From Mexico ("2019 Suspension Agreement"), 84 Fed. Reg. 49,987 (Dep't of Commerce Sept. 24, 2019) (Suspension of Antidumping Duty Investigation); and it is further

**ORDERED** that Defendant United States shall file a status report informing the Court of any determination by Commerce on Defendant-Intervenor's request to terminate the 2019 Suspension Agreement within 15 days of the determination being issued; and it is further

**ORDERED** that the Parties shall file a joint status report with the Court within 45 days of Commerce's determination on Defendant-Intervenor's request to terminate the <u>2019 Suspension Agreement</u>.

<u>/s/ Jennifer Choe-Groves</u>
Jennifer Choe-Groves, Judge

Dated: <u>  August 21, 2023  </u>
       New York, New York