UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| INTERNATIONAL GREENHOUSE PRODUCE, S.A. DE C.V., | |
| Plaintiff, | |
| v. | Court No. 23-00093 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| THE FLORIDA TOMATO EXCHANGE, | |
| Defendant-Intervenor. | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rules 41(a)(1)(A)(ii) and 56.2(g) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action. The parties file this stipulation of dismissal in lieu of a joint status report that would be otherwise due by August 28, 2025 pursuant to the Court's August 21, 2023 order because all parties agree to the dismissal of this action. *See* ECF 21 at 2.

| | |
|---|---|
| /s/ Yujin K. McNamara | /s/ Robert C. Cassidy, Jr. |
| Yujin K. McNamara | Robert C. Cassidy, Jr. |
| Devin S. Sikes | Charles S. Levy |
| Paul S. Bettencourt | James R. Cannon, Jr. |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Mary Jane Alves |
| 2001 K Street, NW | Jonathan M. Zielinski |
| Washington, DC 20006 | Nicole Brunda |
| 202-887-4347 | CASSIDY LEVY KENT (USA) LLP |
| ymcnamara@akingump.com | 900 19th Street NW, Suite 400 |
| | Washington, DC 20006 |

*Counsel to Plaintiff International Greenhouse Produce, S.A. de C.V.*

Tel: (202) 567-2302
Email:  rcassidy@cassidylevy.com

*Counsel for The Florida Tomato Exchange*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-9303
Email:  douglas.edelschick@usdoj.gov

*Counsel for the United States*

Of Counsel:

AYAT MUJAIS
Assistant Chief Counsel
Office of the Chief Counsel for
Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE

August 13, 2025

2

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| INTERNATIONAL GREENHOUSE PRODUCE, S.A. DE C.V., | |
| Plaintiff, | |
| v. | Court No. 23-00093 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| THE FLORIDA TOMATO EXCHANGE, | |
| Defendant-Intervenor. | |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Date: August 13, 2025                    Clerk, U.S. Court of International Trade

                                          By: /s/ Steve Taronji
                                              Deputy Clerk